UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Khaimraj Singh,<br><br>                    Plaintiff,<br>-v-<br><br>28-32 Herald Properties, LLC,<br><br>                    Defendant. | Civ. Action #: 07-CV-8850 (WHP)<br><br>**Affidavit of Service**<br>**(Summons & Complaint)** |

I, Faizal Hassad, being duly sworn deposes and says:

1. That on the 1st day of November 2007 at about 12:00 PM, I served a copy of a Summons and Complaint in the above-entitled action on Defendant 28-32 Herald Properties, LLC ("Herald Properties", "Defendant"), with index number and date of filing endorsed thereon, by personally delivering two true copies thereof along with a process of service fee of forty ($40) dollars pursuant to Limited Liability Company Law §§ 303, along with the Secretary of State's cover sheet and a copy of the corporate record ("Entity Information") of the corporation served herein:

   To: Secretary of State, State of New York
       41 State Street
       2nd Floor
       Albany, New York 11231
       Legal Agent as Per NY BCL

The Complaint and Summons were served at approximately 12:00 PM and accepted by Ms. Donna Christie. She appeared to be a white female, with blonde hair, around 130 lbs., and approximately 5'4" inches in height. Ms. Christie appeared to be about 40 years old and of suitable age and discretion.

2. I am over the age of 18 and not a party to this action.

_____

Faizal Hassad
C/O 175-61 Hillside Avenue
Suite 306
Jamaica, NY 11432

**State of New York**
**County of Queens ss:**

Sworn to before me on this 16th day of January, 2008 and before me, the undersigned, a notary public in and for the State of New York, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

*[signature]*
**Abdool Hassad**
**Notary Public State of New York**
**No. 02HA6068916**
**Qualified in Queens County**
**Commission Expires 01/14/2010**

# UNITED STATES DISTRICT COURT
<u>Southern</u>           District of           <u>New York</u>

| | |
|---|---|
| Khaimraj Singh,<br><br>        Plaintiff,<br>-v-<br><br>28-32 Herald Properties, LLC,<br><br>        Defendant. | **Judge Pauley**<br><br>SUMMONS IN A CIVIL CASE<br>**07 CIV 8850**<br><br>CASE NUMBER:<br><br>DATE FILED:<br><br>JURY TRIAL DEMANDED |

TO: (Name and address of Defendant)

  **28-32 HERALD PROPERTIES, LLC**
  131 West 35th Street,  C/O NYS Secretary of State
  7th Floor       41 State Street,
  New York, NY 11556  Albany, NY 12207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  **ABDOOL HASSAD, ESQ.**
  175-61 Hillside Avenue, Suite 306
  Jamaica, NY 11432
  Tel: 718-725-2820

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be field with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON        OCT 1 5 2007
CLERK              DATE

*[signature]*
(By) DEPUTY CLERK