```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KHAIMRAJ SINGH,                              :

                    Plaintiff,   :   07 Civ. 8850 (WHP)

           -against-                            :   <u>SCHEDULING ORDER NO 1</u>

28-32 HERALD PROPERTIES, LLC,                :

                   Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The initial pretrial conference in this action is adjourned to February 28, 2008 at 10:30 a.m. Plaintiff is directed to: (a) serve copies of this Order upon all attorneys in this action and any parties who have not appeared through counsel; and (b) retain proof of such service.

Dated:    January 23, 2008
            New York, New York

                                           SO ORDERED:

                                          WILLIAM H. PAULEY III
                                                U.S.D.J.

*Copy mailed to*:

Abdool Khalil Hassad, Esq.
175-61 Hillside Avenue
Jamaica, NY 11432
*Counsel for Plaintiff*