```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
KHAIMRAJ SINGH,                :
                Plaintiff,     :    07 Civ. 8850 (WHP)
        -against-              :    SCHEDULING ORDER NO 2
28-32 HERALD PROPERTIES, LLC,  :
                Defendant.     :
------------------------------ X
```

WILLIAM H. PAULEY III, District Judge:

The initial pretrial conference in this action is adjourned from February 28, 2008 to February 29, 2008 at 10:30 a.m.

Dated:   January 29, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to*:

Abdool Khalil Hassad, Esq.
175-61 Hillside Avenue
Jamaica, NY 11432
*Counsel for Plaintiff*