JAN 28

Thelen Reid Brown Raysman & Steiner, LLP
Andrew J. Lauer
Theo E. M. Gould
900 Third Avenue
New York, New York 10022
(212) 895-2000
Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
KHAIMRAJ SINGH,                                    :
                                                   :
                                                   :
                              Plaintiff,           :    No. 07 Civ 8850 (WHP)
                                                   :
       - against -                                 :
                                                   :    STIPULATION EXTENDING TIME
28-32 HERALD PROPERTIES, LLC,                      :
                                                   :
                              Defendant.           :
                                                   :
------------------------------------------------------- X

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff

Khaimraj Singh and Defendant 28-32 Herald Properties, LLC, that the time in which Defendant may

answer, move or otherwise respond to the Complaint in this matter is hereby extended up to and

including, February 22, 2008.

Dated: January 21, 2008

_____
Andrew J. Lauer
Theo E. M. Gould
Thelen Reid Brown Raysman & Steiner LLP
900 Third Avenue
New York, NY 10022
(212) 895-2000
Attorney for Defendant

_____
Abdool Hassad
175-61 Hillside Avenue, Suite 306
Jamaica, NY 11432
(718) 725-2820
Attorney for Plaintiff

SO ORDERED:

_____
U.S.D.J.

January, 29, 2008
Dated:

1