

**THELEN**

Thelen Reid Brown Raysman & Steiner LLP

900 Third Avenue   New York, NY 10022
Phone: 212 895 2000   Fax: 212 895 2900
www.thelen.com

Andrew J. Lauer
212.895.2571 Direct Dial
alauer@thelen.com



February 21, 2008

**BY HAND**

Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **_Khaimraj Singh v. 28-32 Herald Properties, LLC, 07-CV-08850 (WHP)_**

Honorable Judge Pauley:

    We represent Defendant 28-32 Herald Properties, LLC ("Defendant") in the above captioned matter. We write on behalf of both parties, and upon agreement of Plaintiff's counsel, regarding the initial pretrial conference currently scheduled in this matter for February 28, 2008.

    The parties have already been in contact with each other and are engaging in productive good faith discussion in order to determine whether a voluntary resolution of this dispute may be possible. The parties have mutually agreed to postpone Defendant's time to answer, move, or otherwise respond to the Complaint in this matter in order to give the parties a chance to continue their good faith dialogue without either side incurring any additional costs during this process.

    As such, the parties respectfully request that the initial pretrial conference be postponed until at least March 21, 2008, or until a date and time acceptable to the Court, in order to give the parties an opportunity to engage in further settlement discussions. A copy of the parties signed Stipulation Extending Time is also respectfully submitted herewith for the Courts consideration and approval.

    Thank you for your consideration of this matter.

Respectfully,

Andrew J. Lauer

Encl.

cc: Abdool Hassad, Esq (Counsel for Plaintiff)

*[Handwritten notation:]* Application granted. The initial pre-trial conference is adjourned to April 1, 2008 at 11:30 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
3/25/08