Thelen Reid Brown Raysman & Steiner, LLP
Theo E. M. Gould
900 Third Avenue
New York, New York 10022
(212) 895-2000
Attorneys for Defendants



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KHAIMRAJ SINGH,

                      Plaintiff,    :  No. 07 Civ 8850 (WHP)

    - against -

                                 :  STIPULATION EXTENDING TIME

28-32 HERALD PROPERTIES, LLC,

                      Defendant.

------------------------------------------------------------ X

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff Khaimraj Singh and Defendant 28-32 Herald Properties, LLC, that the time in which Defendant may answer, move or otherwise respond to the Complaint in this matter is hereby extended up to and including, March 28, 2008.

Dated: March 14, 2008

_____                _____
Theo E. M. Gould                                       Abdul Hassan, Esq.
Thelen Reid Brown Raysman & Steiner LLP      175-61 Hillside Avenue, Suite 306
900 Third Avenue                                  Jamaica, NY 11432
New York, NY 10022                          (718) 725-2820
(212) 895-2000                                        Attorney for Plaintiff
Attorneys for Defendant

**SO ORDERED:**

_____                March 21, 2008
U.S.D.J.                                                Dated:

1