UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KHAIMRAJ SINGH,                                    :

               Plaintiff,         :     07 Civ. 8850 (WHP)

         -against-                      :     <u>ORDER</u>

28-32 HERALD PROPERTIES, LLC,               :

              Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

          It having been reported to this Court that this action has been or will be settled, it

is ordered that this action is discontinued without costs to any party, and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty (30) days of the date of this Order.  The Clerk of Court shall terminate all motions pending

as of April 16, 2008 as moot and close the case.

Dated: April 16, 2008
     New York, New York

                           SO ORDERED:

                           WILLIAM H. PAULEY III
                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/08

-1-

*Copy mailed to*:

Abdool Khalil Hassad, Esq.
175-61 Hillside Avenue
Jamaica, NY 11432
*Counsel for Plaintiff*

Theo M. Gould, Esq.
Thelen Reid Brown Raysman & Steiner LLP
900 Third Avenue
New York, NY 10022
*Counsel for Defendant*